JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALICE LANDIS, | ) | Case No. CV 08-2645 DSF (JWJx) |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | JUDGMENT OF DISMISSAL |
| MADERA COUNTY; STATE OF CALIFORNIA, et al. | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court having previously issued an Order to Show Cause re Dismissal and Plaintiff not having shown a basis for subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing, and that the action be dismissed without prejudice.

DATED:     August 12, 2008

_____
DALE S. FISCHER
United States District Judge